FILE COPY

No. 07-14-00435-CV

| | | |
|---|---|---|
| Ashley Denham as Parent and Legal Guardian of F.L.J.B., a Minor Child,   Appellant | § § | From the 47th District Court   of Potter County |
| v. | § | July 15, 2015 |
| Texas Mutual Insurance Company,   Appellee | § § | Opinion by Justice Hancock |

## J U D G M E N T

Pursuant to the opinion of the Court dated July 15, 2015, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

It is further ordered that appellant pay all costs in this behalf expended for which let execution issue.

It is further ordered that this decision be certified below for observance.

o O o